**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ADRIAN VELEZ-AVITIA,
a.k.a. Adrian Velez,

      Defendant.

Case No. 2:19-cr-00058-JAD-DJA

**Motion to Dismiss the Indictment and Quash Arrest Warrant**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against defendant Adrian Velez-Avitia, a.k.a. Adrian Velez.

TODD BLANCHE
Acting Attorney General

*s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to defendant Adrian Velez-Avitia, a.k.a. Adrian Velez, it is hereby ordered that the warrant for his arrest, issued in connection with the indictment, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the criminal indictment, be unsealed.

DATED this 13th day of May, 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1